UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBRA BRADLEY, | ) | CASE NO. 1:21-cv-2916 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Robert B. Thornburg, counsel for defendant, states:

1. On October 19, 2021, plaintiff filed her Complaint for Damages against defendant Wal-Mart Stores East, LP in the Marion County Superior Court No. 3 of Indiana, under Cause No. 49D03-2110-CT-035252.

2. Wal-Mart Stores East, LP, is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. The principal place of business for all entities mentioned is Bentonville, Arkansas.

3. Plaintiff is a citizen of the state of Indiana.

4. The matter in controversy exceeds $75,000.00, exclusive of interests and costs as Plaintiff alleges she suffered significant personal injury and restriction of her daily activities due to those injuries, Plaintiff's medical expenses exceed $25,000.00, and Plaintiff has demanded $300,000.00, which well in excess of the jurisdictional limit of the court to resolve her claims against the Defendant; this action does not arise under the Workmen's Compensation laws of any

state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

6. This Notice of Removal is being filed with this Court within 30 days after the receipt of the Complaint and Summons by the defendant.

7. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto.  Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Marion County Superior Court No. 3 of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant prays that the entire state court action, under Cause No. 49D03-2110-CT-035252, now pending in the Marion County Superior Court No. 3 of Indiana, be removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

By */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorneys for Defendant Wal-Mart Stores East, LP*

**CERTIFICATE OF SERVICE**

  Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 24th day of November, 2021, addressed to:

Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404
romb@kennunn.com
*Attorney for Plaintiff*

                */s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois St., Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com


LR08000.0750390   4863-4195-1236v1